K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIG 5 CORP., et al.,<br><br>  Defendants.<br><br>And Related Cross-Actions. | No.  5:11-CV-00131-PSG<br><br>**REQUEST FOR ADMINISTRATIVE RELIEF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE [ADA Access]; [PROPOSED] ORDER** |

This matter was referred to mediation on May 6, 2011.  The mediator filed a Certification of Mediation Session on December 30, 2011 stating that the ADR process was complete and that the matter had not settled.

Pursuant to General Order 56 and Local Rule 7-11, Plaintiff Anthony Lerma requests that the Court set a Case Management Conference in this matter.

Dated: January 3, 2011                                                MOORE LAW FIRM, P.C.

                                                                                     /s/Tanya E. Moore
                                                                                     Tanya E. Moore
                                                                                     Attorneys for Plaintiff Anthony Lerma

///

*Lerma v. Big 5 Corp., et al.*
Request for Administrative Relief After Mediation Requesting CMC

**ORDER**

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference is set for   2/14   , 2012 at 10AM in Department 5 before the Honorable Paul S. Grewal.  The parties shall file a joint case management conference statement no more than seven (7) days prior to the Case Management Conference.

**IT IS SO ORDERED**.

Dated:   1/20/2012

United States Magistrate Judge

*Lerma v. Big 5 Corp., et al.*
Request for Administrative Relief After Mediation Requesting CMC