1  **DAVID HAMERSLOUGH (SBN 95010)**
   **ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
2  **1960 The Alameda, Suite 200**
   **San Jose, CA  95126-1493**
3  **(408) 261-4252**
   **(408) 261-4292 (fax)**
4
   Attorneys for Defendants, Joseph T. Nguyen
5  and Linda K. Nguyen, individuals as Trustees of
   The Joseph and Linda Nguyen Family Trust
6  Dated September 5, 1996

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ANTHONY LERMA,                        Case No.:  5:11-CV-00131-PSG

            Plaintiff,                    **[PROPOSED] ORDER GRANTING**
14                                        **DEFENDANTS AND CROSS-**
                                          **DEFENDANTS JOSEPH T. NGUYEN**
15       vs.                              **AND LINDA K. NGUYEN, INDIVIDUALS**
                                          **AS TRUSTEES OF THE JOSEPH AND**
16  BIG 5 CORP; JOSEPH T. NGUYEN and      **LINDA NGUYEN FAMILY TRUST**
    LINDA K. NGUYEN,                      **DATED SEPTEMBER 5, 1996 REQUEST**
17                                        **TO APPEAR TELEPHONICALLY AT**
            Defendants.                   **HEARING SET FOR FEBRUARY 14,**
18  _____   **2012**

19  BIG 5 CORP.,

20          Cross-Claimant,

21       vs.

22  JOSEPH THANH NGUYEN AND LINDA KIM
    NGUYEN, INDIVIDUALS AS TRUSTEES OF
23  THE JOSEPH AND LINDA NGUYEN
    FAMILY TRUST DATED SEPTEMBER 5,
24  1996; AND ROES 1 – 10, Inclusive,

25          Cross-Defendants.

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292
26

27

28

The Court having read Defendants and Cross-Defendatns Joseph T. Gnuyen and Linda K. Nguyen, Individuals as Trustees of the Joseph and Linda Nguyen Family Trust Dated September 5, 1996 Request to Appear Telephonically at Hearing Set for February 14, 2012, and considered the request, hereby GRANTS said request. Defendants and Cross-Defendatns Joseph T. Gnuyen and Linda K. Nguyen, Individuals as Trustees of the Joseph and Linda Nguyen Family Trust Dated September 5, 1996 may appear telephonically at the February 14, 2012 hearing.

DATED:  February 2, 2012

The Honorable Paul S. Grewal
DISTRICT COURT JUDGE

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1960 The Alameda, Suite 200, San Jose, CA 95126-1493. On the date set forth below I served the documents described below:

**[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-DEFENDANTS JOSEPH T. NGUYEN AND LINDA K. NGUYEN, INDIVIDUALS AS TRUSTEES OF THE JOSEPH AND LINDA NGUYEN FAMILY TRUST DATED SEPTEMBER 5, 1996 REQUEST TO APPEAR TELEPHONICALLY AT HEARING SET FOR FEBRUARY 14, 2012**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

K. Randolph Moore, Esq.                    Plaintiff, Anthony Lerma
Moore Law Firm P.C.
332 N. Second Street
San Jose, CA 95112
(408) 271-6600
(408) 298-6046 (Fax)

Michael G. Brown, Esq.                    Defendant, Big 5 Corp.
Musick, Peeler & Garrett, LLP
650 Town Center Drive, #1200
Costa Mesa, CA 92626-1925
(714) 668-2424
(714) 668-2420 (Fax)

[ ]      (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[x]      (BY ELECTRONIC TRANSMISSION) I caused such document(s) to be transmitted by electronic transmission on this date to the offices of addressee(s).  The transmission was reported as complete and without error.

[ ]      (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).  The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting facsimile machine, will be attached hereto after transmission.

[X]      (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]      (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 2, 2012, at San Jose, California.

                    /s/ Colleen Eastman
                    COLLEEN EASTMAN

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292