1   **DAVID HAMERSLOUGH (SBN 95010)**
    **ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
2   **1960 The Alameda, Suite 200**
    **San Jose, CA  95126-1493**
3   **(408) 261-4252**
    **(408) 261-4292 (fax)**

4
    Attorneys for Defendants, Joseph T. Nguyen
5   and Linda K. Nguyen, individuals as Trustees of
    The Joseph and Linda Nguyen Family Trust
6   Dated September 5, 1996

7

8

9

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12
    ANTHONY LERMA,                          | Case No.:  5:11-CV-00131-PSG
13
                    Plaintiff,              | **[PROPOSED] ORDER GRANTING**
14                                          | **DEFENDANTS AND CROSS-**
          vs.                               | **DEFENDANTS JOSEPH T. NGUYEN**
15                                          | **AND LINDA K. NGUYEN, INDIVIDUALS**
    BIG 5 CORP; JOSEPH T. NGUYEN and        | **AS TRUSTEES OF THE JOSEPH AND**
16  LINDA K. NGUYEN,                        | **LINDA NGUYEN FAMILY TRUST**
                                            | **DATED SEPTEMBER 5, 1996 REQUEST**
17                  Defendants.             | **TO APPEAR TELEPHONICALLY AT**
                                            | **HEARING SET FOR FEBRUARY 14,**
18  _____        | **2012**

19  BIG 5 CORP.,

20                  Cross-Claimant,

21        vs.

22  JOSEPH THANH NGUYEN AND LINDA KIM
    NGUYEN, INDIVIDUALS AS TRUSTEES OF
23  THE JOSEPH AND LINDA NGUYEN
    FAMILY TRUST DATED SEPTEMBER 5,
24  1996; AND ROES 1 – 10, Inclusive,

25                  Cross-Defendants.

26

27

28

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE
S:\CL\D\D11040\Pleadings\Order - Request for Telephonic Appearance.doc

1        The Court having read Defendants and Cross-Defendatns Joseph T. Gnuyen and Linda K.

2   Nguyen, Individuals as Trustees of the Joseph and Linda Nguyen Family Trust Dated September 5,

3   1996 Request to Appear Telephonically at Hearing Set for February 14, 2012, and considered the

4   request, hereby GRANTS said request.  Defendants and Cross-Defendatns Joseph T. Gnuyen and

5   Linda K. Nguyen, Individuals as Trustees of the Joseph and Linda Nguyen Family Trust Dated

6   September 5, 1996 may appear telephonically at the February 14, 2012 hearing.

7    Counsel is instructed to Contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

8

9   'Dated: February 2, 2012

10  _____
    The Honorable Paul S. Grewal

11  "           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE
S:\CL\D\D11040\Pleadings\Order - Request for Telephonic Appearance.doc