**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2422
FACSIMILE 714-668-2490

G. Michael Brown (State Bar No. 085997)
m.brown@mpglaw.com
Dennis C. Kong (State Bar No. 236737)
d.kong@mpglaw.com

Attorneys for Defendant and Cross-Claimant BIG 5 CORP.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA,<br><br>    Plaintiff,<br><br>vs.<br><br>BIG 5 CORP., JOSEPH T. NGUYEN and LINDA K. NGUYEN,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE No. CV11-00131 PSG<br><br>Assigned to Magistrate Judge Howard R. Lloyd<br><br>ORDER GRANTING<br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY VIA COURTCALL AT HEARING SET FOR MARCH 6, 2012**<br><br>Action Filed: January 10, 2011 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL,

PLEASE BE ADVISED, DEFENDANT/CROSS-COMPLAINANT, BIG 5 CORP., hereby requests that it be allowed to appear telephonically using CourtCall at the Subsequent Case Management Conference which is scheduled for March 6, 2012 in the above-captioned matter beginning at 2:00 p.m. in Court Room 5.

The office of counsel is located in Costa Mesa, California. Attending via telephone would be more economically and environmentally effective.

///

777777.1                                          1
DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 14

Defendant's appearance via telephone will not in any way prejudice the Plaintiff, Cross-Complainants, Cross-Defendants or other parties in this matter.

DATED: February 10, 2012         MUSICK, PEELER & GARRETT LLP

By: /s/
G. Michael Brown
Dennis C. Kong
Attorneys for Defendant and Cross-Claimant BIG 5 CORP.

IT IS SO ORDERED.

DATED:   2/13/2012              /s/ Paul S. Grewal
                                U.S. Magistrate Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On February 10, 2012, I served true copies of the following document(s) described as **DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY VIA COURTCALL AT HEARING SET FOR MARCH 6, 2012** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address w.deboer@mpglaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2012, at Costa Mesa, California.

_____
Wendy DeBoer

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

777777.1

3

C09-04563 PVT

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 14, 2012

## SERVICE LIST

K. Randolph Moore
Tanya Moore
MOORE LAW FIRM, P.C.
332 N. Second Street
San Anthony, CA 95112
Attorneys for Plaintiff, ANTHONY LERMA
Phone: (408) 271-6600
Fax: (408) 298-6046

David Hamerslough
Eric A. Gravink
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 95126
408-261-4252
408-261-4292 (fax)
eric@rhrc.net
Attorneys for Defendants/Cross-Defendants, NGUYENS
Phone: (408) 261-4252
Fax: (408) 261-4292