UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, ) | Case No.: C 11-00131 PSG |
| ) | |
| Plaintiff, ) | **ORDER REFERRING CASE FOR** |
| ) | **SETTLEMENT CONFERENCE** |
| v. ) | |
| ) | |
| BIG 5 CORPORATION, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties are referred to U.S. Magistrate Judge Howard R. Lloyd for settlement conference. They shall contact Judge Lloyd's courtroom deputy, Patty Cromwell, at (408) 535-5365 as soon as possible to schedule it.

**IT IS SO ORDERED**.

Dated:  3/26/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 11-00131 PSG
ORDER